# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

DONALD LAUSHMAN,

    Plaintiff,

vs.

DOUGLAS COUNTY CORRECTION,

    Defendant.

**8:21CV223**

**MEMORANDUM AND ORDER**

    This matter is before the court on its own motion. Plaintiff was advised on June 23, 2021, (Filing 6) that his Motion for Leave to Proceed In Forma Pauperis (Filing 5) was considered deficient because the document was not signed. Plaintiff was ordered to correct the deficiency within 15 days, otherwise the pleading would possibly be stricken from the case record. Plaintiff has failed to file a signed Motion for Leave to Proceed In Forma Pauperis, as ordered.

    Plaintiff's Complaint cannot be further processed until the above-described defect is corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect discussed above. FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE COMPLAINT.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff is directed to correct the above-listed technical defect on or before July 28, 2021.

    2.    Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: July 28, 2021—deadline for submission of a signed Motion to Proceed In Forma Pauperis.

4. No further review of this case shall take place until Plaintiff complies with this order.

DATED this 13th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge