IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD LAUSHMAN, | |
| Plaintiff, | 8:21CV223 |
| vs. | |
| DOUGLAS COUNTY CORRECTION, | MEMORANDUM AND ORDER |
| Defendant. | |

    This matter is before the court on its own motion. Plaintiff was advised on June 23 and July 13, 2021, (Filings 6 & 7) that his Motion for Leave to Proceed In Forma Pauperis (Filing 5) was considered deficient because the document was not signed. Plaintiff was twice ordered to correct the deficiency and warned that failure to do so may result in dismissal of this matter. Plaintiff has failed to correct the deficiency. Accordingly,

    IT IS ORDERED that this matter is dismissed without prejudice, and judgment will be entered by separate document.

    DATED this 2nd day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge